UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WALFRE RAMOS PEREZ, RONY
RAMOS, JOSE RODOLFO PEREZ
RAMOS and GEOVANIS RAMOS,

    Plaintiffs,

v.                                                                    Case No.:  2:23-cv-161-KCD

NEW FORCES CONSTRUCTION
LLC and JULIO BRITO
CASTILLO,

    Defendants.
_____/

## **ORDER**

Defense counsel has withdrawn from the case, leaving Defendants New Forces Construction LLC and Julio B. Castillo unrepresented. A business entity, like Defendant New Forces Construction LLC, may only appear through an attorney. M.D. Fla. R. 2.02(b)(2). Accordingly, by December 5, 2023, New Forces Construction LLC must have new counsel make an appearance in this case. Failure to do so may result in the Court holding New Forces Construction LLC in default.

There is also a pending motion that remains unanswered. Accordingly, the Court will hold a Zoom status conference on December 5, 2023, at 1:30pm. The Zoom link can be found on the public docket, but it is also provided below.

Defendants are directed to appear at the hearing to discuss a briefing scheduling for the pending motion. Failure to appear may result in the Court issuing sanctions, up to and including default.

**ORDERED** in Fort Myers, Florida on November 21, 2023.

Kyle C. Dudek
United States Magistrate Judge

Zoom Link:
https://www.zoomgov.com/j/1610536283?pwd=MzdORk5mNGliZy80WWdGVElQVU5SQT09
Meeting ID: 161 053 6283
Passcode: 825479

or

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
Meeting ID: 161 053 6283
Passcode: 825479
Find your local number: https://www.zoomgov.com/u/ac712FpylS